Niagara Lithograph Company, defendant in error, v. National Trading Company and Joseph Baer, plaintiffs in error. Gen. No. 29,115.

Action upon contract of sale and guaranty. Order denying motion to vacate default judgment against defendants. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed June 27, 1924. Rehearing denied July 9, 1924.

Silber, Isaacs, Silber & Woley, for plaintiffs in error; Clarence J. Silber, of counsel. Fyffe & Clarke, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. George Briscoe, plaintiff in error. Gen. No. 29,179.

Conviction of larceny. Error to the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed June 27, 1924.

Pollard & Temple, for plaintiff in error; Benjamin G. Pollard, of counsel. No appearance for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Adolph J. Borgmeier, appellant, v. Patrick J. Carr, County Treasurer of Cook County, et al., appellees. Gen. No. 28,615.

Bill to restrain certain county officers from auditing and paying certain alleged illegal claims. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 30, 1924.

John E. Madigan, for appellant. Edward J. Brundage, Attorney General, for appellees; Frederick A. Brown and William P. Mac-Cracken, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

A. C. Flynn Heating Company, appellee, v. The Yellow Cab Company, appellant. Gen. No. 28,793.

Action upon award of arbitrators. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 30, 1924. Rehearing denied July 11, 1924.

Benjamin Samuels, for appellant; John W. Costello, of counsel. Frisch & Frisch, for appellee; J. Kent Greene and Douglas C. Gregg, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.